UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN EDWARD DONELL, SR. | CIVIL ACTION NO. 05-1144 |
| versus | JUDGE HICKS |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | **REFERRED TO:** **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons set forth in the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **AFFIRMED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 31st day of July, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE